

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2014

No. 04-13-00875-CV

Sandra **SAKS**, Lee Nick McFadin and Margaret Landen Saks,
Appellants

v.

Lauren **SAKS** a/k/a Gloria Lauren Nicole Saks,
Appellee

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

The District Clerk's Notification of Late Clerk's Record is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2014.

Keith E. Hottle
Clerk of Court